**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-CV-02339-LTB-NYW

STEVE OGBURN,

Plaintiff,

v.

AMERICAN NATIONAL PROPERTY & CASUALTY COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Plaintiff Steve Ogburn's Joint Motion to Amend Scheduling Order Regarding Expert Deadlines, Discovery Cut-Off, and Dispositive Motions Deadlines, filed June 25, 2015 [#37] (the "Motion"). Pursuant to the Order Referring Case dated October 21, 2014 [#22], the Reassignment dated February 10, 2015 [#29], and the Memorandum dated June 26, 2015 [#38], the Motion is before this Magistrate Judge.

      IT IS ORDERED that the Motion is DENIED WITHOUT PREJUDICE. In the court's view, the Parties' conclusory statements regarding "good cause" and the "interest of justice," standing alone, do not suffice to show that there is indeed good cause supporting the relief jointly requested.

DATED: June 26, 2015