IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 1:14-cv-02339-LTB-NYW

STEVE OGBURN,

    Plaintiff,

v.

AMERICAN NATIONAL PROPERTY & CASUALTY COMPANY,

    Defendant.

---

### ORDER

---

THIS MATTER having come before the Court on the Stipulation to Dismiss (Doc 65 - filed December 17, 2015), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                LEWIS T. BABCOCK, JUDGE

DATED: December 18, 2015